IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and MICHAEL BARNES, | * |
| | * |
| Plaintiffs | Case No.  3:23-cv-30-TES |
| v. | * |
| PAPA JOHN'S USE, INC. and PAPA JOHN'S INTERNATIONAL, INC., | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of November, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk